IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUSTIN LIFECARE INC., et al., | § | |
| | § | |
| V. | § | A-11-CV-875-LY |
| | § | |
| CITY OF AUSTIN | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Attorneys' Fees (Dkt. No. 150) and all responsive filings. The parties notified the Court that they selected a mediator and successfully mediated the fees issue, subject to the approval of the City of Austin's City Council. The parties are HEREBY ORDERED to submit a status report to the Court by September 18, 2015, reporting whether or not the City Council has voted on and approved the fee award agreed upon at mediation.

SIGNED this 28th day of August, 2015.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE